No. 93–800. Mojica *v.* Gannett Co., Inc., Owner of WGCI–FM Radio Station. C. A. 7th Cir. Certiorari denied.

No. 93–1114. Winston *v.* Maine Terminal College System et al. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–1131. Kidd et ux. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 93–1254. Federacion de Maestros de Puerto Rico *v.* Puerto Rico Labor Relations Board. Sup. Ct. P. R. Certiorari denied.

No. 93–1271. Hammons *v.* United States Railroad Retirement Board. C. A. 10th Cir. Certiorari denied.

No. 93–1275. Jacobson *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 93–1280. Bianco et al. *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 93–1281. Auburn Police Union et al. *v.* Carpenter, Attorney General of Maine. C. A. 1st Cir. Certiorari denied.

No. 93–1325. International Brotherhood of Electrical Workers, Local 84 *v.* Georgia Power Co. C. A. 11th Cir. Certiorari denied.

No. 93–1350. Patriarca *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 93–1361. Drexel Burnham Lambert Group Inc. *v.* Committee of Receivers for A. W. Galadari et al.; and
No. 93–1389. Refco, Inc. *v.* Committee of Receivers for A. W. Galadari et al. C. A. 2d Cir. Certiorari denied.

No. 93–1385. North American Vaccine, Inc., et al. *v.* American Cyanamid Co. et al. C. A. Fed. Cir. Certiorari denied.